AO 10
Rev. 1/2011

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2010

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)<br><br>Schroeder, Thomas D. | 2. Court or Organization<br><br>Middle Districtof N C | 3. Date of Report<br><br>07/08/2011 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>US District Judge | 5a. Report Type (check appropriate type)<br><br>☐ Nomination,    Date<br>☐ Initial    ☑ Annual    ☐ Final<br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2010<br>to<br>12/31/2010 |
| 7. Chambers or Office Address<br><br>251 North Main Street, Suite 223A<br>Hiram Ward Federal Courthouse<br>Winston-Salem, North Carolina 27101 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Board Member | Notre Dame Law Association |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

Schroeder, Thomas D.

| Name of Person Reporting | Date of Report |
|---|---|
| Schroeder, Thomas D. | 07/08/2011 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME<br>(yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2010 | Piedmont Land Conservancy, salary |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS *– transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Arizona State University Sandra Day O'Connor School of Law | April 23-27, 2010 | Phoenix, AZ | Non-educational seminar: Forum on the Future of Legal Education (participant) | Meals, hotel, transportation |
| 2. | N.C. Association of Defense Attorneys | June 17-20, 2010 | Hilton Head, SC | Annual CLE meeting | Meals, hotel, transportation |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Schroeder, Thomas D. | 07/08/2011 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

[✓] NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

[ ] NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | [redacted] | tuition and housing balance for 2010 enrollment | None |
| 2. | [redacted] | tuition and housing balance for 2010 enrollment | None |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Schroeder, Thomas D. | 07/08/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 1. Wachovia Accounts | A | Interest | L | T | | | | | |
| 2. BB&T Account | A | Interest | J | T | | | | | |
| 3. US Treasury Series EE Bonds | | None | J | T | | | | | |
| 4. First Tennessee Accounts | E | Interest | N | T | | | | | |
| 5. Arbor Joint Account (at Fidelity Investments) | | | | | | | | | |
| 6. -iShares Russell 1000 Index | B | Dividend | L | T | | | | | |
| 7. -PowerShares FTSE RAFI US 1000 | A | Dividend | L | T | Buy | 10/18/10 | K | | |
| 8. | | | | | Buy (add'l) | 12/13/10 | K | | |
| 9. | | | | | Buy (add'l) | 12/13/10 | K | | |
| 10. -iShares Russell 2000 Index | A | Dividend | | | Sold | 06/23/10 | J | B | |
| 11. -iShares MSCI EAFE Index | A | Dividend | L | T | Buy (add'l) | 06/23/10 | K | | |
| 12. | | | | | Buy (add'l) | 10/18/10 | J | | |
| 13. | | | | | Buy (add'l) | 12/13/10 | J | | |
| 14. | | | | | Buy (add'l) | 12/13/10 | K | | |
| 15. -iShares MSCI Emerging Markets Index | A | Dividend | L | T | Buy | 06/23/10 | K | | |
| 16. | | | | | Buy (add'l) | 10/18/10 | J | | |
| 17. | | | | | Buy (add'l) | 12/13/10 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Schroeder, Thomas D. | 07/08/2011 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 18. -PIMCO Low Duration Fund Instl | A | Dividend | M | T | Buy | 10/18/10 | L | | |
| 19. | | | | | Buy (add'l) | 12/13/10 | K | | |
| 20. -Vanguard Ltd-Term Tax Exempt Adm | C | Dividend | M | T | | | | | |
| 21. -Vanguard Short-Term Tax Exempt | A | Dividend | | | Sold | 06/23/10 | K | A | |
| 22. -Vanguard Short-Term Investment-Grd Adm | B | Dividend | M | T | Buy | 06/23/10 | M | | |
| 23. -Fidelity Tax Free Money Market | A | Dividend | J | T | | | | | |
| 24. -Fidelity Instl: Tax Exempt Portfolio Cl I | A | Dividend | M | T | | | | | |
| 25. Arbor Joint Account (at Fidelity Investments) | | | | | | | | | |
| 26. -iShares Russell 1000 Index | A | Dividend | K | T | Sold (part) | 01/21/10 | J | A | |
| 27. -PowerShares TFTSE RAFI US 1000 | A | Dividend | K | T | | | | | |
| 28. -iShares Russell 2000 Index | A | Dividend | | | Sold | 01/21/10 | J | A | |
| 29. -iShares MSCI EAFE Index | A | Dividend | K | T | | | | | |
| 30. -iShares MSCI Emerging Markets Index | A | Dividend | K | T | Buy (add'l) | 01/21/10 | J | | |
| 31. -PIMCO All Asset Fund Instl | C | Dividend | K | T | | | | | |
| 32. -PIMCO 1-5 Year U.S. TIPS Bond Index | A | Dividend | K | T | Buy | 10/18/10 | K | | |
| 33. -Vanguard Inflation-Protected Sec. | A | Dividend | | | Sold (part) | 01/21/10 | J | A | |
| 34. | | | | | Sold | 10/18/10 | K | B | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Schroeder, Thomas D. | 07/08/2011 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. -PIMCO Global Advantage Strategy Bond Instl | A | Dividend | K | T | Buy | 01/25/10 | K | | |
| 36. Vanguard Short-Term Invstmnt -Grd | A | Dividend | K | T | Sold (part) | 01/21/10 | J | A | |
| 37. -Eaton Vance Floating Rate Adv | B | Dividend | L | T | Sold (part) | 01/21/10 | J | A | |
| 38. -Fidelity Tax Free Money Market | A | Dividend | J | T | | | | | |
| 39. IRA (at Fidelity Investments) | | | | | | | | | |
| 40. -iShares Russell 1000 Index | A | Dividend | K | T | | | | | |
| 41. -PowerShares FTSE RAFI US 1000 | A | Dividend | J | T | | | | | |
| 42. -iShares Russell 2000 Index | A | Dividend | | | Sold | 06/23/10 | J | B | |
| 43. -iShares MSCI EAFE Index | A | Dividend | J | T | | | | | |
| 44. -iShares MSCI Emerging Markets Index | A | Dividend | J | T | | | | | |
| 45. -PIMCO All Asset Fund Instl | C | Dividend | K | T | Buy | 06/28/10 | K | | |
| 46. -Vanguard Inflation-Protected Sec. | A | Dividend | | | Sold | 06/23/10 | K | A | |
| 47. -Vanguard Short-Term Invstmnt-Grd | A | Dividend | | | Sold | 06/23/10 | J | A | |
| 48. -Eaton Vance Floating Rate Adv. | A | Dividend | J | T | Sold (part) | 06/23/10 | J | A | |
| 49. | | | | | Buy (add'l) | 10/18/10 | J | | |
| 50. -Fidelity Cash Reserves (X) | A | Dividend | J | T | | | | | |
| 51. IRA (at Fidelity Investments) | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Schroeder, Thomas D. | 07/08/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52.  -iShares Russell 1000 Index | C | Dividend | K | T | Sold (part) | 06/23/10 | K | A | |
| 53. | | | | | Sold (part) | 10/18/10 | L | A | |
| 54. | | | | | Sold (part) | 12/13/10 | J | A | |
| 55. | | | | | Sold (part) | 12/13/10 | J | A | |
| 56. | | | | | Sold (part) | 12/13/10 | L | C | |
| 57.  -PowerShares FTSE RAFI US 1000 | B | Dividend | M | T | | | | | |
| 58.  -iShares MSCI EAFE Index | B | Dividend | M | T | | | | | |
| 59.  -iShares MSCI Emerging Markets Index | A | Dividend | L | T | | | | | |
| 60.  -PIMCO All Asset Fund Instl | C | Dividend | L | T | Buy | 10/20/10 | K | | |
| 61. | | | | | Buy (add'l) | 12/15/10 | K | | |
| 62.  -Eaton Vance Global Absolute Return Cl | A | Dividend | L | T | Buy | 06/25/10 | K | | |
| 63. | | | | | Buy (add'l) | 10/20/10 | K | | |
| 64. | | | | | Buy (add'l) | 12/15/10 | K | | |
| 65.  -PIMCO 1-5 Year U.S. TIPS Bond Index | A | Dividend | M | T | Buy | 10/18/10 | M | | |
| 66. | | | | | Buy (add'l) | 12/13/10 | J | | |
| 67.  -Vanguard Inflation-Protected Sec. Adm | B | Dividend | | | Sold | 10/18/10 | M | E | |
| 68.  -PIMCO Global Advantage Strategy Bond Instl | A | Dividend | L | T | Buy | 06/23/10 | L | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Schroeder, Thomas D. | 07/08/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 69. | | | | | Buy (add'l) | 12/15/10 | K | | |
| 70.  -PIMCO Total Return Fund Instl | C | Dividend | L | T | Sold (part) | 06/23/10 | L | C | |
| 71.  -Eaton Vance Floating Rate Adv | C | Dividend | M | T | Buy (add'l) | 08/18/10 | J | | |
| 72.  -Fidelity Cash Reserves | A | Dividend | J | T | | | | | |
| 73.  Mass Mutual Whole Life Insurance | B | Dividend | L | T | | | | | |
| 74.  Mass Mutual Whole Life Insurance | A | Dividend | K | T | | | | | |
| 75.  Loyal American Insurance | A | Dividend | J | T | | | | | |
| 76.  Winston-Salem Foundation Donor Advised Fund | | None | J | T | | | | | |
| 77.  Vanguard 529 | | | | | | | | | |
| 78.  -Vanguard Interest Accumulation Portfolio | B | Interest | L | T | | | | | |
| 79.  Vanguard 529 | | | | | | | | | |
| 80.  -Vanguard Interest Accumulation Portfolio | B | Interest | K | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII.

Line 77: The Winston-Salem Foundation Donor Advised Fund reflects money we donated irrevocably to, and is owned by, the Foundation, but I and my spouse can direct donations from that Fund to charities of our choice. We can receive no income from its investment; rather, the Fund receives the income.

In 2010, I received a small distribution from M&I Instl. Trust Svcs., which managed my retirement account at my law firm before taking the bench. The account was closed in 2008 upon taking the bench, but in 2010 M&I made a small distribution for what was reported as a calculation error. The small distribution was distributed to the IRA at line 71 and used for the purchase noted on 08/18/10.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: s/ **Thomas D. Schroeder**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544